UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERETT O'NEAL ALLEN,<br><br>                    Petitioner,<br><br>          v.<br><br>A. KOENIG, Warden,<br><br>                    Respondent. | Case No. 2:19-08475 VBF (ADS)<br><br>ORDER ACCEPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus (Dkt. No. 1), Respondent's Answer (Dkt. No. 19), Petitioner's Reply (Dkt. No. 24), the Report and Recommendation of the United States Magistrate Judge (Dkt. No. 26), Petitioner's Objections (Dkt. No. 27), and all the records and files herein.  The Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which objections were made and overrules the objections.  The Court accepts the findings and recommendations of the Magistrate Judge.

Accordingly, IT IS HEREBY ORDERED:

1. The Court approves and accepts the Report and Recommendation of the United States Magistrate Judge (Dkt. No. 26);

2. The Petition for Writ of Habeas Corpus (Dkt. No. 1) is denied and this case is dismissed with prejudice; and

3. Judgment is to be entered accordingly.

DATED: July 10, 2023

*Valerie Baker Fairbank*

THE HONORABLE VALERIE B. FAIRBANK
United States District Judge