JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERETT O'NEAL ALLEN, | Case No. 2:19-08475 VBF (ADS) |
| Petitioner, | |
| v. | JUDGMENT |
| A. KOENIG, Warden, | |
| Respondent. | |

    Pursuant to the Court's Order Accepting United States Magistrate Judge's Report and Recommendation, the Court adjudges the Petition denied and the case is dismissed with prejudice.

/s/ Valerie Baker Fairbank

DATED: July 11, 2023

THE HONORABLE VALERIE B. FAIRBANK
United States District Judge